R E C'D
AUG 2 2007

**ANTHONY M. WILGER**
Attorney at Law

67 Wall Street, Suite 2211
New York, New York 10005-3198
(212) 709-8197

August 2, 2007

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> *[Handwritten endorsement:]* The defendant, if it is an entity, must appear by a lawyer who is a member of the Bar of this court. The matter will not be adjourned except by a proper application. The motion is denied.
> Aug 3, 2007
> *[signed]* A K Hellerstein

Re: James Knight v. National Debt Collectors, 07 Civ. 5989 (AKH)

Dear Judge Hellerstein:

    I am the President of the defendant National Debt Collectors in this matter. A conference for the purpose of Case Management and scheduling pursuant to Rule 16, Federal Rules of Civil Procedure, is scheduled for August 10, 2007 at 9:45 a.m.

    I will be unable to attend the conference, and request adjournment of the conference until the latter part of September because of death in my family requiring me to be out of state in California.

    The defendant is not yet represented by counsel. Defendant will undertake to resolve Civil Case Management Plan with the attorney for the plaintiff.

    A copy of this letter was mailed by first class mail to attorney for plaintiff, Adam J. Fishbein, P.C., 483 Chestnut Street, Cedarhurst, New York 11516.

    Thank you for your consideration and assistance in this matter.

Respectfully submitted,

*[signature]*
ANTHONY M. WILGER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/07