UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES KNIGHT on behalf of himself
and all others similarly situated,

**NOTICE OF MOTION**

Plaintiff,

07 CV 5989 (AKH)

-against-

NATIONAL DEBT COLLECTORS, INC.

Defendant.

**PLEASE TAKE NOTICE,** that upon the appended memorandum of law, complaint and answer to complaint, plaintiff will move before the Honorable Alvin K. Hellerstein, United States District Court, Southern District of New York at 500 Pearl Street, New York, New York on November 14, 2007 at 9:30 a.m. or as soon thereafter as counsel can be heard for an Order granting plaintiff's motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), and such other relief as this Honorable Court deems just and proper.

Dated: Cedarhurst, New York
       October 15, 2007                         /s/
                                        _____
                                        Adam J. Fishbein, P.C.  (AF-9508)
                                        Attorney At Law
                                        **Attorney for Plaintiff**
                                        483 Chestnut Street
                                        Cedarhurst, New York 11516
                                        Telephone (516) 791-4400
                                        Facsimile   (516) 791-4411