UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES KNIGHT on behalf of himself
and all others similarly situated,

                                **CERTIFICATE OF SERVICE**

            Plaintiff,

                                07 CV 5989 (AKH)

    -against-

NATIONAL DEBT COLLECTORS, INC.

            Defendant.

I, Adam J. Fishbein, hereby certify that I served plaintiff's motion for judgment on the pleadings upon defendant's counsel, Marina Blake, Esq., at fax number 212-363-1830 and received a fax transmission report.

Dated: Cedarhurst, New York
       October 15, 2007                /s/

                                        _____
                                        Adam J. Fishbein, P.C. (AF-9508)
                                        Attorney At Law
                                        **Attorney for Plaintiff**
                                        483 Chestnut Street
                                        Cedarhurst, New York 11516
                                        Telephone (516) 791-4400
                                        Facsimile  (516) 791-4411