**ANTHONY M. WILGER**
Attorney at Law

110 Wall Street, 11th Floor
New York, New York 10005-3198
(212) 709-8197

November 30, 2007

Hon. Judge Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten: Motion denied. A corporation may appear only by an att'y licensed to practice and admitted by this court. 12-3-07 /s/ AKH]*

Re: James Knight v. National Debt Collectors, Inc.,
Docket No. 07CIV.5989 (AKH)

Dear Judge Hellerstein:

I am the President of the defendant National Debt Collectors, Inc. At present, the defendant is not represented by an attorney, although an attorney has been contacted for possible retention.

The plaintiff brought a motion for judgment on the pleadings and discovery requests that are pending. The defendant requests a further extension of time until mid December to complete responses to motion and discovery requests because we have had difficulty obtaining file from our previous attorney, Marina Blake, Esq., who has refused to return file. We are also arranging to get balance of retainer to her.

I attempted to contact the attorney for the plaintiff, Adam Fishbein, Esq., today, and left a message on his office telephone answering service pertaining to request of defendant for extension, and left return telephone number. Adam Fishbein, Esq. has not returned telephone call.

Thank you for your consideration and assistance in this matter.

Respectfully submitted,

ANTHONY M. WILGER

cc: Adam Fishbein, Esq.
    Attorney For Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07