UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JAMES KNIGHT,

                Plaintiff,

-against-

NATIONAL DEBT COLLECTORS, INC.,
                Defendant.
-------------------------------------------------------X

07 CIVIL 5989 (AKH)

**DEFAULT JUDGMENT**

#08, 1186

    Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on July 9, 2008, having rendered its Order finding defendant in default, cancelling the debt and awarding plaintiff $1,000 in statutory damages, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 9, 2008, the Court finds defendant in default; the debt is cancelled, and plaintiff is awarded $1,000 in statutory damages; should plaintiff seek attorney's fees, the Court directs him to provide the Court with the number of hours and rate for the work performed; accordingly, the case is closed.

**Dated:** New York, New York
       July 10, 2008

                                          **J. MICHAEL McMAHON**
                                              **Clerk of Court**
                  **BY:**
                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____