

**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW
483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

July 28, 2008

**VIA FACSIMILE TO 212-805-7942**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: **Knight v. National Debt Collectors**
 **07 CV 5989 (AKH)**

Dear Judge Hellerstein:

I represent the plaintiff in the above matter. I have received the court's order that the plaintiff has been awarded $1000 in statutory damages. However, we would still like to proceed to class certification. Since the writing of the letter to Your Honor on June 25, 2008 I received a message from Mr. Wilger who indicated that he still had not obtained counsel. However, I do not believe that defendant should be rewarded with a judgment of smaller proportions just because National Debt Collectors and its president Anthony Wilger have not obtained counsel, failed to respond to plaintiff's motion for judgment on the pleadings and failed to respond to plaintiff's discovery requests.

Thank you for Court's consideration of the foregoing.

Yours faithfully,

Adam J. Fishbein

cc: Anthony Wilger, Esq. (via facsimile to 408-984-4986)

*Handwritten note:* The plaintiff, having obtained full recovery, there is no longer a case or controversy. The Clerk mark the case "closed." 7-29-08 /s/ A.K. Hellerstein

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08